**VINAL & VINAL**, P.C.
ATTORNEYS AT LAW

Gregory M. Vinal, Esq.
Jeanne M. Vinal, Esq.
Olivia M. Mullen, Esq.

*Sr. Litigation Paralegal / Office Manager*
Jen Griesbaum

*Investigator*
John C. Brady, IV

*No-Fault Paralegals*
Arya Vishion

*Paralegal*
Lynne Wagner

*Medical Records Coordinator*
Clare Peifly

April 22, 2024

**VIA E-MAIL ONLY**

Hon. Jeremiah McCarthy, U.S.M.J.
Magistrate Judge
U.S. District Court, Western District of New York
25 Delaware Avenue
Buffalo, NY 14202

    Re:    Henley v. City of Buffalo, et al
           Docket No.: 1:22-cv-00065-LJV-JJM

Dear Judge McCarthy:

    This shall serve as a status of the above matter.

    Mr. Henley's criminal trial was set to commence today. However, it has been adjourned and has not yet been re-scheduled.

    We will keep you advised as to the progress.

Very truly yours,

Jeanne M. Vinal

JMV/gmg
cc:    David Lee, Esq. (via e-mail)
       Franklin Pratcher, Esq.
       Barbara Henley
       Willie Henley

193 Delaware Avenue • Buffalo, New York 14202 • Telephone: (716) 832-5900 • Facsimile: (716) 832-6735 • vinallaw.com