**IAD CASE:**                     *EC2016-059*

**DATE OF OCCURANCE:**            *NOVEMBER 24, 2016*

**DATE OPENED:**                  *NOVEMBER 24, 2016*

**TYPE OF COMPLAINT:**            **CONDUCT:** *Weapon Pointed*

**TARGET(S):**                    *P.O. KARL SCHULTZ*
                                  *C-DISTRICT*


**INVESTIGATIVE SUMMARY:**

- 11/24/16: Received a call from Inspector McLellan (via DPC Lockwood) directing me to see a ▮▮▮▮▮ at her address (▮▮▮▮▮). Since it was a female complainant, I was accompanied by Lt. Stacy Lewis. ▮▮▮▮▮ alleges that PO K. Schultz pointed his weapon at her as she was exiting her vehicle during a traffic stop at ▮▮▮▮▮. ▮▮▮▮▮ also states that Officer Schultz used racial slurs towards her, and that he was going to shoot her. ▮▮▮▮▮ was extremely distraught, and after talking to her, this investigator learned that ▮▮▮▮▮ was sick, and had other issues going on that may have led to her reaction to the situation.

- 11/28/16: Took a recorded sworn statement from ▮▮▮▮▮ where she reiterated her recollection of the incident that happened on the 24th.

- 12/6/16: Took a recorded sworn statement from PO Karl Schultz at BPD HQ/IAD interview room. **PO Schultz is the target in this investigation**. PO Schultz stated the following:
  - That ▮▮▮▮▮ speed past him and went through a red light on her way to the store giving him cause to pull her over.
  - That ▮▮▮▮▮ did get out of her vehicle during the stop and came towards officers. She was told approx. 4-5 times to get back in her car. She refused at first but did go back in
  - That he did pull his weapon (for his safety) but never pointed it at her.
  - That he never used racial slur(s) or threatened to shoot ▮▮▮▮▮
  - *FOR MORE DETAILS CONCERNING THE INCIDENT, SEE PO SCHULTZ's STATEMENT.*

1

A. **COMPLAINANT:**

  1. █████████████████████████

  2. **COMPLAINANT'S ALLEGATIONS:**

   A. Complainant alleges that P.O. SCHULTZ pointed his service weapon at her during a traffic stop at ███████████

B. **WITNESSES:**

  1. **POLICE:**

   1. *PO DAVID SANTANA*
      *C-DIST*



> **12/6/16:** Took a recorded sworn statement from PO David Santana at BPD HQ/IAD interview room. **PO Santana is a witness in this investigation.** PO Santana stated the following:
> - That he and PO Schultz noticed a vehicle being driven by ███████ pass them at a high rate of speed and go through the red light at Broadway and Wilson.

2

- That ▮▮▮▮ got out of her vehicle very irate and would not get back into it when told too.
- That they did pull out their weapons (for their safety), but never pointed them at her.
- That he and Officer Schultz were very professional and that he never heard a racial slur come from PO Schultz.
- ***FOR MORE DETAILS CONCERNING THE INCIDENT, SEE PO SANTANA'S STATEMENT.***

2. NA

3. NA

4. NA

2. **CIVILIAN:**

   A. N/A

   B. **WITNESS STATEMENT:**

   ➢ NA

C. **OFFICER(S) INVOLVED:**

   1. **PO KARL SCHULTZ**
      **C-DISTRICT**

3



### A. DISCIPLINARY HISTORY:

> *Refer to IAD Disciplinary File*

**2. N/A**

### A. DISCIPLINARY HISTORY:

> *Refer to IAD Disciplinary File*

**3. N/A**

### A. DISCIPLINARY HISTORY:

> *Refer to IAD Disciplinary File*